STOCKBRIDGE IRON COMPANY *vs.* CONE IRON WORKS & others

No affidavit of the amount of damages, under the Gen. Sts. *c.* 112, § 6, is necessary to give this court jurisdiction of an action in which relief in equity is prayed for.

TORT praying for relief in equity. Damages were laid in the sum of two hundred thousand dollars; but no certificate, under the Gen. Sts. *c.* 112, § 6, of any oath or affirmation of the plaintiffs, or any one in their behalf, that the damages demanded exceeded one thousand dollars in amount, was annexed to or indorsed on the writ, which was an original writ of summons and attachment. *Gray*, J., overruled a motion to dismiss the action for want of such a certificate; and the defendants appealed.

*T. P. Pingree*, for the defendants.

*I. Sumner*, for the plaintiffs.

WELLS, J. The jurisdiction of this court is exclusive over all actions in which relief in equity is prayed for. St. 1853, *c.* 371. Gen. Sts. *c.* 113, § 1. The prayer for relief gives jurisdiction of the action, and therefore no affidavit is necessary. Its character is that of a suit in equity. *Irvin* v. *Gregory*, 13 Gray, 215. Gen. Sts. *c.* 113, § 3. If a prayer for relief is improperly coupled with an action at law, it may be defeated by a demurrer. *Harvey* v. *De Witt*, 13 Gray, 536. No such question is raised by this motion to dismiss.

*Decree overruling the motion to dismiss affirmed.*